**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-1534**


**COLBY LYNN LOFTON**

**VERSUS**

**BRENNAN BOONE FOURNERAT, ET AL.**


**\*\*\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2001-2364,
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\***

**PER CURIAM**

**\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.


**AFFIRMED.**

**Stacy S. Lee**
**Law Offices of Harold G. Toscano**
**400 East Kaliste Saloom, Suite 1400**
**Lafayette, Louisiana 70508**
**(337) 291-1743**
**Counsel for Defendants/Appellees:**
      **Allstate Insurance Company**
      **Brennan Boone Fournerat**
      **Judy Fournerat**

**Kreig A. Breaux**
**Landry, Watkins, Repaske & Breaux**
**Post Office Drawer 12040**
**New Iberia, Louisiana   70562-2040**
**(337) 364-7626**
**Counsel for Plaintiff/Appellant:**
      **Colby Lynn Lofton**